Paul S. Aronzon (CA State Bar No. 88781)
Thomas R. Kreller (CA State Bar No. 161922)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone:    (213) 892-4000
Facsimile:    (213) 629-5063

Reorganization Counsel for
Debtors and Debtors in Possession

Laury Macauley (NV State Bar No. 11413)
Dawn M. Cica (NV State Bar No. 4565)
LEWIS AND ROCA LLP
50 West Liberty Street, Suite 410
Reno, Nevada 89501
Telephone:    (775) 823-2900
Facsimile:    (775) 823-2929
lmacauley@lrlaw.com; dcica@lrlaw.com

Local Reorganization Counsel for
Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>STATION CASINOS, INC., *et al.,*<br><br>    Debtors and Debtors in Possession.[1]<br><br>☒  Affects all debtors listed in footnote 2[2] | Chapter 11<br><br>Case No. BK-09-52477<br>Jointly Administered BK-09-52470 through BK-09-52487, BK-10-50381 and BK-11-____ through BK-11-____<br><br>Joint Administration Requested<br><br>**CONSOLIDATED LIST OF CREDITORS HOLDING THE FORTY LARGEST UNSECURED CLAIMS** |

---

[1]  The debtors in these jointly administered chapter 11 cases are: (i) Station Casinos, Inc.; Northern NV Acquisitions, LLC; Reno Land Holdings, LLC; River Central, LLC; Tropicana Station, LLC; FCP Holding, Inc.; FCP Voteco, LLC; Fertitta Partners LLC; FCP MezzCo Parent, LLC; FCP MezzCo Parent Sub, LLC; FCP MezzCo Borrower VII, LLC; FCP MezzCo Borrower VI, LLC; FCP MezzCo Borrower V, LLC; FCP MezzCo Borrower IV, LLC; FCP MezzCo Borrower III, LLC; FCP MezzCo Borrower II, LLC; FCP MezzCo Borrower I, LLC and FCP PropCo, LLC (collectively, the "**SCI Debtors**"), (ii) Auburn Development, LLC; Boulder Station, Inc.; Centerline Holdings, LLC; Charleston Station, LLC; CV HoldCo, LLC; Durango Station, Inc.; Fiesta Station, Inc.; Fresno Land Acquisitions, LLC; Gold Rush Station, LLC; Green Valley Station, Inc.; GV Ranch Station, Inc.; Inspirada Station, LLC; Lake Mead Station, Inc.; LML Station, LLC; Magic Star Station, LLC; Palace Station Hotel & Casino, Inc.; Past Enterprises, Inc.; Rancho Station, LLC; Santa Fe Station, Inc.; SC Durango Development LLC; Sonoma Land Holdings, LLC; Station Holdings, Inc.; STN Aviation, Inc.; Sunset Station, Inc.; Texas Station, LLC; Town Center Station, LLC; Tropicana Acquisitions, LLC; and Vista Holdings, LLC (collectively, the "**Subsidiary Debtors**"), (iii) Aliante Gaming, LLC, Aliante Holding, LLC, and Aliante Station LLC (collectively, the "**Aliante Debtors**"), and (iv) Green Valley Ranch Gaming LLC ("**GVR**").

[2]  This document affects: the **Subsidiary Debtors**.

#4841-7625-9080

1   Attached hereto as Exhibit 1 is a consolidated list of the creditors holding the forty largest unsecured claims against the Subsidiary Debtors. This list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) those persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the forty largest unsecured claims. The following information is based upon a review of the Subsidiary Debtors' books and records. Based upon information and belief, the listed creditors hold claims in an amount sufficient to justify their inclusion herein. However, this list is subject to revision based upon trading activity of which the Subsidiary Debtors are not presently aware. The Subsidiary Debtors reserve their right to amend this list. Further, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgement of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right to legal position of the Subsidiary Debtors.

The Subsidiary Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge, information and belief.

Executed this ___ day of April, 2011 at Las Vegas, Nevada.

_____
Thomas M. Friel
As:   Senior Vice President and Treasurer
For:  Boulder Station, Inc.
      Centerline Holdings, LLC
      Charleston Station, LLC
      CV Holdco, LLC
      Durango Station, Inc.
      Fiesta Station, Inc.
      Fresno Land Acquisitions, LLC
      Gold Rush Station, LLC
      Green Valley Station, Inc.
      Lake Mead Station, Inc.

#4841-7625-9080
-2-

```
                              LML Station, LLC
                              Magic Star Station, LLC
                              Palace Station Hotel & Casino, Inc.
                              Rancho Station, LLC
                              Santa Fe Station, Inc.
                              SC Durango Development, LLC
                              Station Holdings, Inc.
                              STN Aviation, Inc.
                              Sunset Station, Inc.
                              Texas Station, LLC
                              Town Center Station, LLC
                              Tropicana Acquisitions, LLC
                              Tropicana Station, Inc.
```

_/s/ Thomas F._

Thomas M. Friel

As:    Manager
For:   Inspirada Station, LLC
       Tropicana Acquisitions, LLC
       Vista Holdings, LLC

_/s/ Thomas F._

Thomas M. Friel

As:    President and Treasurer
For:   Past Enterprises, Inc.

_/s/ Thomas F._

Thomas M. Friel

As:    President, Chief Financial Officer and Treasurer
For:   Sonoma Land Holdings, LLC

_/s/ Thomas F._

Thomas M. Friel

As:    Authorized Signatory
For:   Auburn Development, LLC

#4841-7625-9080

-3-

Respectfully submitted,

By:  /s/ Thomas R. Kreller
Paul S. Aronzon, CA State Bar No. 88781
Thomas R. Kreller, CA State Bar No. 161922
Robert C. Shenfeld, CA State Bar No. 228181
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017

Reorganization Counsel for
Debtors and Debtors in Possession

Laury Macauley, NV State Bar No. 11413
Dawn M. Cica, NV Sate Bar No. 4565
LEWIS AND ROCA LLP
50 W. Liberty Street, Ste. 410
Reno, NV   89501
lmacauley@lrlaw.com; dcica@lrlaw.com

Local Reorganization Counsel
for Debtors and Debtors in Possession

# **<u>Exhibit 1</u>**

# **<u>Exhibit 1</u>**

#4841-7625-9080

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
| NEVADA GAMING COMMISSION | NEVADA GAMING COMMISSION<br>TAX & LICENSE DIV. P.O. BOX 8004<br>CARSON CITY, NV  89702-8004<br>Tel: 7026876500 | Accrued A/P | | 5,091,361.04 |
| FERTITTA ENTERPRISES | FERTITTA ENTERPRISES<br>P. O. BOX 27555<br>LAS VEGAS, NV  89126-1555<br>Tel: 7023671384 | Deposit - Fertitta Gaming | | 2,925,000.00 |
| I.G.T | I.G.T<br>DEPT 7866<br>LOS ANGELES, CA  90088-7866<br>Tel: 8002006342 | Accrued A/P | | 1,451,202.10 |
| NEVADA POWER COMPANY DBA NV ENERGY | NEVADA POWER COMPANY DBA NV ENERGY<br>P.O. BOX 30086<br>RENO, NV 89520-3086<br>Tel: 7023675267 | Accrued A/P Trade | | 1,226,461.32 |
| NEVADA DEPARTMENT OF TAXATION | NEVADA DEPARTMENT OF TAXATION<br>1550 E. COLLEGE PKWY, STE 115<br>CARSON CITY, NV  89710<br>Tel: 7027910000 | NV Modified Business Tax | | 1,215,271.83 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE<br>P.O. BOX 9949<br>OGDEN, UT  84409<br>Tel: 7028685005 | Accounts Payable | | 1,055,479.92 |
| U.S. INTERNATIONAL MEDIA | U.S. INTERNATIONAL MEDIA<br>1201 ALTA LOMA ROAD<br>LOS ANGELES, CA  90069<br>Tel: 8002316270 | Accrued Advertising | | 941,842.33 |
| STATE OF NEVADA EMPLOYMENT SECURITY | STATE OF NEVADA EMPLOYMENT SECURITY<br>500 E. THIRD STREET<br>CARSON CITY, NV  89713-0030<br>Tel: 7024860350 | Accounts Payable | | 670,443.77 |
| CLARK COUNTY BUSINESS LICENSE DEPARTMENT | CLARK COUNTY BUSINESS LICENSE DEPARTMENT<br>PO BOX 551810<br>LAS VEGAS, NV  89155-1810<br>Tel: 7024552258 | Notes Payable - Other | | 540,358.07 |
| WMS GAMING INC. | WMS GAMING INC.<br>RECEIPTS 23571 NETWORK PLACE<br>CHICAGO, IL 60673-1235<br>Tel: 8477853619 | Accrued Other | | 481,134.91 |
| FINDLAY CHEVROLET | FINDLAY CHEVROLET<br>6800 S. TORREY PINES DR.<br>LAS VEGAS, NV  89118<br>Tel: 7029824000 | Accrued A/P Trade | | 332,362.00 |
| US FOODSERVICE OF NEVADA | US FOODSERVICE OF NEVADA<br>P.O. BOX 3911<br>LAS VEGAS, NV  89127<br>Tel: 7026363663 | Accrued A/P Trade | | 254,827.45 |
| SHELL ENERGY NORTH AMERICA (US), L.P. | SHELL ENERGY NORTH AMERICA (US), L.P.<br>P O BOX 7247-6355<br>PHILADELPHIA, PA 19170-6355<br>Tel: 8002812824 | Accrued A/P Trade | | 219,662.02 |
| MISSION INDUSTRIES #44 | MISSION INDUSTRIES #44<br>1 WEST MAYFLOWER AVENUE<br>NORTH LAS VEGAS, NV 89030<br>Tel: 7026392654 | Accounts Payable | | 207,509.99 |
| LAS VEGAS REVIEW JOURNAL | LAS VEGAS REVIEW JOURNAL<br>PO BOX 920<br>LAS VEGAS, NV  89125-0920<br>Tel: 7022245537 | Accrued Other - Advertising | | 207,370.07 |
| TERRY DOWNEY (SEVERANCE) | TERRY DOWNEY (SEVERANCE)<br>5395 PENDINI POINT COURT<br>LAS VEGAS, NV 89141<br>Tel: 7026555143 | Accrued Other | | 171,991.66 |
| DRESCHLER, COOKIE | DRESCHLER, COOKIE<br>10571 PATRINGTON COURT<br>LAS VEGAS, NV 89183<br>Tel: Unlisted | Accrued Other | | 169,464.48 |
| CINTAS CORPORATION | CINTAS CORPORATION<br>97627 EAGLE WAY<br>CHICAGO, IL 60678-9760<br>Tel: 8008643676 | Accrued A/P | | 168,657.94 |
| PRINCIPAL FINANCIAL GROUP | PRINCIPAL FINANCIAL GROUP<br>ATTN: ANN MAIN 711 HIGH STREET<br>DES MOINES, IA 50392-0102<br>Tel: 7026306513 | Accrued A/P Trade | | 164,888.19 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
| I.G.T.  MEGAJACKPOT FUND | I.G.T.  MEGAJACKPOT FUND<br>PO BOX 7870<br>LOS ANGELES, CA  90088-7870<br>Tel: 7026698902 | Accounts Payable | | 159,790.73 |
| TEDESCO, ROBERT | TEDESCO, ROBERT<br>878 LOME BONITA<br>LAS VEGAS, NV 89138<br>Tel: 7024855152 | Front Money / Safekeeping | | 146,000.00 |
| HOSPITALITY NETWORK, LTD. | HOSPITALITY NETWORK, LTD.<br>ATTN: CASH ROOM 460 NORTH STEPHANIE STREET<br>HENDERSON, NV 89014<br>Tel: 7024354600 | Accrued A/P | | 144,323.76 |
| ERNST & YOUNG LLP - LA | ERNST & YOUNG LLP - LA<br>DEPT 6793<br>LOS ANGELES, CA  90084-6793<br>Tel: 7022679039 | Accrued A/P | | 132,678.12 |
| NEVADA DEPARTMENT OF TAXATION-BUS TAX | NEVADA DEPARTMENT OF TAXATION-BUS TAX<br>PO BOX 52609<br>PHOENIX, AZ 85072-2609<br>Tel: 7027910000 | NV Modified Business Tax | | 130,764.01 |
| MDC RESTAURANT'S, LLC DBA DENNY'S/COCO'S | MDC RESTAURANT'S, LLC DBA DENNY'S/COCO'S<br>2275 SAMPSON AVENUE  STE 201<br>CORONA, CA  92879-3402<br>Tel: 9512714100 | Accrued A/P | | 127,039.89 |
| OLYMPUS CONSTRUCTION, INC. | OLYMPUS CONSTRUCTION, INC.<br>7140 DEAN MARTIN DRIVE STE 1100<br>LAS VEGAS, NV  89118<br>Tel: 7028378300 | Accrued A/P Trade | | 123,812.71 |
| WILLIAMS GAMING, INC. | WILLIAMS GAMING, INC.<br>PO BOX 50507<br>LOS ANGELES, CA  90074- 0507<br>Tel: 7028797859 | Accounts Payable | | 121,517.33 |
| SOUTHWEST GAS | SOUTHWEST GAS<br>ATTN:CYNTHIA HAAS 5421 SPRING MOUNTAIN ROAD<br>LAS VEGAS,, NV  89150-0002<br>Tel: 7023643096 | Advanced Deposits | | 107,599.39 |
| WESTERN MONEY SYSTEMS | WESTERN MONEY SYSTEMS<br>620 KRESGE LANE<br>SPARKS, NV  89431<br>Tel: 7023645390 | Accrued A/P Trade | | 107,189.20 |
| LAMAR COMPANIES,THE -LA | LAMAR COMPANIES,THE -LA<br>P.O. BOX 96030<br>BATON ROUGE, LA 70896<br>Tel: 9134384048 | Accrued A/P Trade | | 106,204.73 |
| YOUNG ELECTRIC SIGN COMPANY | YOUNG ELECTRIC SIGN COMPANY<br>P.O. BOX 11676<br>TACOMA, WA 98411-6676<br>Tel: 7028768080 | Accrued A/P Trade | | 104,008.09 |
| BALLY GAMING & SYSTEMS | BALLY GAMING & SYSTEMS<br>LOCKBOX # 749335<br>LOS ANGELES, CA  90074<br>Tel: 7025847788 | Accrued A/P Trade | | 100,921.06 |
| TEEMS, EDWARD | TEEMS, EDWARD<br>8635 WEST SAHARA #20<br>LAS VEGAS, NV  89117<br>Tel: Unlisted | Front Money / Safekeeping | | 100,000.00 |
| NCV VENDING SERVICES | NCV VENDING SERVICES<br>511 OLIVE AVENUE<br>VISTA, CA  92083<br>Tel: 8005449061 | Accrued A/P | | 99,349.82 |
| ZAXBY'S SPRING | ZAXBY'S SPRING<br>1040 FOUNDERS BLVD<br>ATHENS, GA 30606<br>Tel: 7064332281 | Advanced Deposits | | 97,720.00 |
| STATE RESTAURANT EQUIPMENT | STATE RESTAURANT EQUIPMENT<br>3163 SO. HIGHLAND DR.<br>LAS VEGAS, NV  89109-1070<br>Tel: 7037331515 | Other Payable | | 92,717.17 |
| FATBURGER    (COMPS) | FATBURGER    (COMPS)<br>301 ARIZONA AVE., STE 200<br>SANTA MONICA, CA 90401<br>Tel: 3103191850 | Accrued A/P Trade | | 91,998.77 |
| AMERICAN EXPRESS-CORP CPC | AMERICAN EXPRESS-CORP CPC<br>CPC REMITTANCE PROCESSING 2975 W CORPORATE LAKES BLVD<br>WESTON, FL 33331-3626<br>Tel: 8004924920 | Accrued A/P Trade | | 84,075.15 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
| PYATT & SILVESTRI & HANLON | PYATT & SILVESTRI & HANLON<br>701 BRIDGER ,SUITE 600<br>LAS VEGAS, NV  89101<br>Tel: 7023836000 | Accrued A/P Trade | | 81,980.36 |
| COLOR REFLECTIONS | COLOR REFLECTIONS<br>3560 S VALLEY VIEW BLVD<br>LAS VEGAS, NV  89103<br>Tel: 7022629300 | Accrued Advertising | | 79,298.98 |